**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-21-05003-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **9712495** |
| **vs.** | **Location Code: M13** |
| **LOGAN M. ARNOLD,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 9712495 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation 9712495.

IT IS FURTHER ORDERED that the initial appearance scheduled for January 21, 2021, is VACATED.

DATED this 7th day of January, 2021.

_____
John Johnston
United States Magistrate Judge